UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.                                          Case No: 2:14-cv-689-FtM-29DNF

JOHN DOE, subscriber assigned IP address 76.101.237.43,

    Defendant.

**ORDER**

This matter comes before the Court on plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe (Doc. #14) filed on February 6, 2015.  No answer or motion for summary judgment has been filed by defendant; therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice.  The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __9th__ day of February, 2015.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies to: Parties of record